**United States District Court**
For the Northern District of California

1

2

3              IN THE UNITED STATES DISTRICT COURT

4           FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6                                        No. C 07-80137M CW
   JEROME GRIMES,

7                                        ORDER RETURNING
              Plaintiff,                 COMPLAINT TO

8                                        PLAINTIFF

9     v.

10 DPT OFFICER # 382, et al.,

11              Defendants.

12 _____/

13

14      On December 9, 2005, this Court entered a pre-filing order

15 regarding the cases filed by Plaintiff Jerome Grimes.  The pre-

16 filing order states that if Plaintiff files a complaint that is

17 "related to any of the following matters:

18      (1)  a diversified group of individuals who commit acts
            of terror against Mr. Grimes, his family and

19           other citizens;

20      (2)  an injunction against the defendants to prevent them from
            kidnaping, framing, falsely imprisoning or otherwise

21           terrorizing Mr. Grimes, his family, and other citizens;

22      (3)  a court order for the defendants to be subjected to a lie
            detector test;

23

24      (4)  covert terrorism

25 it will not be filed unless it presents cognizable claims that are

26 not based on merely conclusory allegations.  Second, no other

27 complaints filed by Mr. Grimes while he is not incarcerated or

28 detained will be filed unless they contain intelligible factual

United States District Court
For the Northern District of California

1  allegations and claims for relief."

2      The Court has reviewed the instant complaint, C 07-80137M, and

3  finds that it alleges that Defendants have invaded Plaintiff's

4  privacy "with terror intent using illegal telephone-tooth and imp.

5  chip devises with terror intent, conspiracy, premeditated post-

6  09/11/01 terror murder, elderly abuse, and physical abuse" for the

7  crime of robbery of Plaintiff's father and brother, illegally

8  towing an automobile and co-kidnaping and co-child abduction of

9  Plaintiff's newborn child.  Because this complaint concerns one of

10 the matters mentioned in the pre-filing order, the Clerk of the

11 Court is ordered not to file it.  Instead, the complaint shall be

12 returned to Plaintiff.

13     IT IS SO ORDERED.

14 Dated:  7/3/07

15                                       CLAUDIA WILKEN
                                         United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L GRIMES,

        Plaintiff,

DPT. OFFICER # 382

        Defendant.
_____/

Case Number: CV07-80137 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: July 3, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

3